1  Matthew F. Graham, Bar No. 95194
   **WENDEL, ROSEN, BLACK & DEAN LLP**
2  1111 Broadway, 24th Floor
   Oakland, California 94607
3  Telephone: (510) 834-6600
   Fax: (510) 834-1928
4  Email: mgraham@wendel.com

5  Attorneys for Defendant
   Tower Energy Group

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN POQUEZ, | Case No. CV11 0328 |
| Plaintiff, | **STIPULATION EXTENDING TIME TO ANSWER COMPLAINT AND ORDER THEREON** |
| vs. | |
| SUNCOR HOLDINGS - COPII, LLC; GSM PARTNERS, LLC; TOWER ENERGY GROUP; and DOES 1 through 20, | |
| Defendants. | |

*STIPULATION EXTENDING TIME TO ANSWER COMPLAINT - Case No. CV11 0328*

014950.0001\1771238.1

1  The parties to this Stipulation, through the counsel set forth below, agree and stipulate as
2  follows:
3  The time for defendant Tower Energy Group to respond to the Complaint for Damages,
4  Injunctive Relief, Specific Performance and Declaratory Relief is extended from February 24,
5  2011 to March 10, 2011.

7  Dated: February 23, 2011                    WENDEL, ROSEN, BLACK & DEAN LLP

9                                              By: *Matthew F. Graham*
10                                                 Matthew F. Graham
                                                   Attorneys for Defendant
11                                                 Tower Energy Group

13  Dated: February 23, 2011                   FOREMAN & BRASS0

15                                              By: *Ronald D. Foreman*
                                                   Ronald D. Foreman
16                                                 Attorneys for Plaintiff
                                                   Evelyn Poquez

19  **PURSUANT TO STIPULATION, IT IS SO ORDERED,**

21  Dated: _____2/25_____, 2011

                                                IT IS SO ORDERED
                                                [signature]
                                                Judge Samuel Conti
                                                _____
                                                United States District Court

STIPULATION EXTENDING TIME TO ANSWER
COMPLAINT - Case No. CV11 0328                  - 2 -

014950.0001\1771238.1