Matthew F. Graham, Bar No. 95194
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mgraham@wendel.com

Attorneys for Defendant
Tower Energy Group

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN POQUEZ,<br><br>            Plaintiff,<br><br>   vs.<br><br>SUNCOR HOLDINGS - COPII, LLC; GSM PARTNERS, LLC; TOWER ENERGY GROUP; and DOES 1 through 20,<br><br>            Defendants. | Case No.  CV11 0328<br><br>**STIPULATION EXTENDING TIME TO ANSWER COMPLAINT AND ORDER THEREON** |

The parties to this Stipulation, through the counsel set forth below, agree and stipulate as follows:

The time for defendant Tower Energy Group to respond to the Complaint for Damages, Injunctive Relief, Specific Performance and Declaratory Relief is extended from March 10, 2011 to March 24, 2011.

Dated: March 7, 2011

WENDEL, ROSEN, BLACK & DEAN LLP

By: _____
Matthew F. Graham
Attorneys for Defendant
Tower Energy Group

Dated: March 9, 2011

FOREMAN & BRASSO

By: _____
Ronald D. F_____
Attorneys for Plaintiff
Evelyn Poquez

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

Dated: 3/10, 2011

IT IS SO ORDERED
Judge Samuel Conti
United States District Court

STIPULATION EXTENDING TIME TO ANSWER
COMPLAINT - Case No. CV11 0328

- 2 -