Bryan J. Freedman, Esq. (SBN 151990)
Bradley H. Kreshek, Esq. (SBN 192094)
Steven B. Stiglitz, Esq. (SBN 222667)
FREEDMAN & TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, CA 90067
Telephone:  (310) 201-0005
Facsimile:  (310) 201-0045
E-mail:  BFreedman@ftllp.com
         BKreshek@ftllp.com
         SStiglitz@ftllp.com

Attorneys for Defendants Suncor Holdings - COP II, LLC, GSM Partners, LLC and Tower Energy Group

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN POQUEZ,<br><br>      Plaintiff,<br><br>vs.<br><br>SUNCOR HOLDINGS - COP II, LLC; GSM PARTNERS, LLC; TOWER ENERGY GROUP; and DOES 1 through 20,<br><br>      Defendants. | Case No.: CV 11-00328-SC<br><br>**AMENDED NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT TOWER ENERGY GROUP**<br><br>[~~PROPOSED~~] ORDER<br><br>Action filed: January 21, 2011<br>Trial Date:   None set<br><br>Assigned to:  Hon. Samuel Conti |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that defendant Tower Energy Group hereby substitutes Freedman & Taitelman, LLP in place of Wendel Rosen Black & Dean, LLP as its counsel of record in this action. The contact information for Freedman & Taitelman,

1

1 | LLP is as set forth hereinabove.

3 | Dated: May 6, 2011                    FREEDMAN & TAITELMAN, LLP

5 | By: /s/ Bradley H. Kreshek
    Bradley H. Kreshek,
    Attorneys for Defendants Suncor Holdings -
    COP II, LLC, GSM Partners, LLC and
    Tower Energy Group

**CONSENT TO SUBSTITUTION**

Tower Energy Group hereby consents to this substitution.

11 | Dated: May 7th, 2011                 TOWER ENERGY GROUP

By: /s/ Tim Rogers

Its: President

Wendel Rosen Black & Dean, LLP hereby consents to this substitution.

19 | Dated: May 6, 2011                   WENDEL ROSEN BLACK & DEAN, LLP

By: /s/ Matthew F. Graham
    Matthew F. Graham

**ORDER**

IT IS SO ORDERED.

Dated: July 20, 2011

_____
Hon. Samuel Conti
Judge of the United States District Court
Northern District of California

[Stamp: IT IS SO ORDERED / Judge Samuel Conti]

2

Amended Notice of Substitution of Counsel; [Proposed] Order